UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ROSE E.T. DeGROAT,

                                    Plaintiff,

-against-

BENJAMIN BUCK, ZACHARY DORN,
GEORGE DuPAY AND GREGORY HERZ,

                                    Defendants.

**NOTICE OF APPEARANCE**

**Case No.**
**3:22-cv-00507**
**(LEK/ML)**

---

       PLEASE TAKE NOTICE that Thomas P. Armstrong, Esq., of Goldberg Segalla LLP, appears as attorney for the Defendants, BENJAMIN BUCK, ZACHARY DORN, GEORGE DuPAY AND GREGORY HERZ, in the above-entitled case, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Thomas P. Armstrong, Esq., Goldberg Segalla LLP, 8 Southwoods Boulevard, Suite 300, Albany, New York, 12211-2364.

       PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

DATED:      Albany, New York
                  May 17, 2022

                                          GOLDBERG SEGALLA LLP

                                          By: _____
                                          Thomas P. Armstrong, Esq.
                                          *Attorneys for Defendants*
                                          8 Southwoods Blvd., Ste. 300
                                          Albany, NY 12211
                                          Tel: (518) 463-5400
                                          Fax: (518) 463-5420

23453442.v1

                                                tarmstrong@goldbergsegalla.com
                                                Tel:  (518) 935-4219
                                                asim@goldbergsegalla.com
                                                Tel:  (518-935-4233

TO:   Edward E. Kopko, Esq.
        Edward E. Kopko, Lawyer, PC
        308 North Tioga Street, Second Floor
        Ithaca, New York 14850

23453442.v1