# EDWARD E. KOPKO

## LAWYER

TRISTYN M. AHART, PARALEGAL
THERESA H. KLINGER, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, July 12, 2022

Clerk's Office
US District Court
Northern District of New York
PO Box 7367
Syracuse, NY 13261

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 14 2022
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Reference:  **DeGroat v. Buck, et al. 3:22-cv-507**
and
**Ferguson v. Buck, et al. 3:22-cv-516**

Dear Clerk:

Enclosed please find for filing the following thumb drives:
1. Exhibit 1 of Complaint filed 7/12/22, Thumb drive for DeGroat v. Buck, et al. 3:22-cv-507
2. Exhibit 1 of Complaint filed 7/12/22, Thumb drive for Ferguson v. Buck, et al. 3:22-cv-516

Thank you.

Very Truly Yours,

*[signature]*

Edward E. Kopko
EEK/tma

cc:  w/ attachments
Molly Ryan, Esq. (via email)

