

Molly M. Ryan | Partner
Direct 315.413.5460 | mryan@goldbergsegalla.com

August 31, 2022

<u>*Via PACER*</u>

Magistrate Judge Miroslav Lovric
United States District Court – Northern District of New York

    Re:    <u>**Rose E. DeGroat v. Benjamin Buck, et al.**</u>
              3:22-cv-00507-LEK-ML

Dear Judge Lovric:

    Pursuant to your request, we submit this status report on behalf of the defendants.

    Plaintiff sent defendants a Waiver of the Service of Summons dated July 13, 2022. We executed and returned it to plaintiff on August 2, 2022. Plaintiff filed the executed Waiver of the Service of Summons on August 29, 2022. Our understanding is that the deadline for the defendants to file an answer or motion under FRCP Rule 12 is 60 days from July 13, 2022, so taking into account that the 60th day is Sunday September 11, 2022, our understanding is that defendants' deadline to file an answer or motion under Rule 12 is September 12, 2022.

    Should the Court require any additional information, please do not hesitate to contact us.

    Very truly yours,

    *Molly M. Ryan /s/*

    Molly M. Ryan

**Please send mail to our scanning center at: PO Box 1057, Buffalo NY 14201**

**OFFICE LOCATION** 5786 Widewaters Parkway, Syracuse, NY 13214-1840 | **PHONE** 315-413-5400 | **FAX** 315-413-5401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
34044479.v1