# EDWARD E. KOPKO

LAWYER

TRISTYN M. AHART, PARALEGAL
KIMBERLY N. DEGNAN, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, September 27, 2022

The Honorable Lawrence E. Kahn
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100. S. Clinton St
Syracuse, NY 13261

**Reference: Rose DeGroat v. Benjamin Buck, et al., Index No. 3:22-CV-507**
**First request to extend the time to file a response**

Dear Judge Kahn:

The defendants have filed a Rule 12 (b)(6) motion to dismiss and Monday, October 3rd has been established as the response filing date. I respectfully request an extension of time to December 1st from October 3rd to file a response and an extension of time to December 9th from October 11th for defendants to file a reply to our response. On Monday, September 26th I spoke with Attorney Molly Ryan, attorney for the defendants and Attorney Ryan does not object to this request.

May I please know the Court's pleasure?

Respectfully Submitted,

*[signature]*

Edward E. Kopko
EEK/knd

cc: Molly Ryan, Esq. (via ECF)