# EDWARD E.  KOPKO

## LAWYER

TRISTYN M. AHART, PARALEGAL
KIMBERLY N. DEGNAN, PARALEGAL

308 NORTH TIOGA STREET, 2ⁿᵈ FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Wednesday, November 30, 2022

The Honorable Lawrence E. Kahn          Via ECF
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S.
Courthouse
100. S. Clinton St
Syracuse, NY 13261

**Reference: Rose DeGroat v. Benjamin Buck, et al., Index No. 3:22-CV-507**
**Second Request to Extend the Time to File a Response**

Dear Judge Kahn:

The defendants have filed a Rule 12 (b)(6) motion to dismiss and Friday, December 1st has been established as the response filing date. I respectfully request a brief extension of time from December 1st to December 5th to file a response and an extension of time from December 9th to December 20th for defendants to file a reply to our response. Today, my assistant contacted Attorney Molly Ryan, attorney for the defendants, and Attorney Ryan does not object to this request.

May I please know the Court's pleasure?

Respectfully Submitted,

Edward E. Kopko
EEK/tma

cc:  Molly Ryan, Esq. (via ECF)