# EDWARD E. KOPKO

LAWYER

EDWARD E. KOPKO, LAWYER
JASON VIOLETTE, LAWYER
TRISTYN M. AHART, PARALEGAL
KIMBERLY N. DEGNAN, PARALEGAL

308 NORTH TIOGA STREET, 2nd FLOOR
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Wednesday, June 07, 2023

The Honorable Lawrence E. Kahn          Via ECF
US District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100. S. Clinton St
Syracuse, NY 13261

**Reference: Rose DeGroat v. Benjamin Buck, et al., Index No. 3:22-CV-507**
**Request to extend the time to file a response**

Dear Judge Kahn:

    I have overlooked the deadline to re-file Plaintiff's opposition to the pending due to a heavy trial preparation schedule and I beg the Court's pardon. I respectfully request an extension of time to re-file to this Friday, June 9th.

    May I please know the Court's pleasure?

Respectfully Submitted,

Edward E. Kopko
EEK/knd

cc:     Molly M. Ryan, Esq., Via ECF